CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
July 29, 2025
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **JULLIAN A. HUFFMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:24CV00672 |
| | ) | |
| v. | ) | OPINION |
| | ) | |
| **CORPORAL DUNCAN, ET AL.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendants. | ) | |

*Jullian A. Huffman, Pro Se Plaintiff.*

The plaintiff, proceeding pro se, has filed this civil rights action under 42 U.S.C. § 1983 in this civil action.  Liberally construed, his Complaint alleges that the defendant jail officials harassed and discriminated against him related to disciplinary offenses.  Based on review of the recent record, I conclude that this action must be dismissed without prejudice.

After receiving Huffman's Complaint, the court issued an order that required him to return an executed consent form agreeing to pay the filing costs for this case through installments from his inmate trust account, pursuant to 28 U.S.C. § 1915(b). He did so.  Thereafter, it came to the court's attention that Huffman had been released from incarceration, which made him ineligible to pay the filing costs for the case through installments from an inmate trust account.  As such, on June 18, 2025, the court issued an order that reassessed the $350.00 filing fee, assessed the

applicable $55.00 administrative fee, and directed Huffman to pay the $405.00 total in full or otherwise respond within 28 days of the entry date of the order. The court also reminded Huffman to provide the court with an address where he could receive copies of court orders. The order warned Huffman that failure to pay the costs in full or to otherwise respond to the order within the time allowed, and/or failure to advise the court of his mailing address within that time, would result in the dismissal of this action without further notice.

The allotted time for Huffman's response has passed, and the court has not received any payment or other communication from Huffman regarding this case. Accordingly, I will dismiss this action without prejudice.

An appropriate Final Order will issue herewith.

ENTER: July 29, 2025

/s/ JAMES P. JONES
Senior United States District Judge